Morton FRANK and Charlotte Frank, Plaintiffs-Appellants,

v.

Jacquelyn WILMATH, as Executrix of the Estate of Robert J. Wilmath, Deceased, Defendant-Appellee.

No. 71–1593

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 13, 1971.

Julius I. Friedman, Town of Bay Harbor Islands, Dade County, Fla., for plaintiffs-appellants.

Eugene P. Spellman, Miami, Fla., for defendant-appellee.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

---

Alfonso SALAZAR, Plaintiff-Appellant,

v.

Stephen R. BELL, Individually and in his capacity as a Patrolman of the City of Dallas Police Force, et al., Defendants-Appellees.

No. 71–1967

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 25, 1971.

Frank P. Hernandez, Dallas, Tex., Edward Idar, Jr., San Antonio, Tex., Hernandez, Cazorla & Alexander, Inc., Dallas, Tex., Mexican-American Legal Defense & Educational Fund, Inc., San Antonio, Tex., for plaintiff-appellant.

T. Alex Eastus, Joseph G. Werner, Asst. City Attys., Jim E. Cowles, N. Alex Bickley, City Atty., Dallas, Tex., for defendants-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.